JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY YVETTE FOSTER HAMPTON, et. al,<br><br>    Plaintiffs,<br><br>    v.<br><br>D. ESPINOSA, et. al,<br><br>    Defendants. | Case No. 2:24-cv-10625-HDV-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

DATE: _8/27/25_____        _____
                                                                        HON. HERNAN D. VERA
                                                                        UNITED STATES DISTRICT JUDGE